[Civil No. 2652.   Filed March 12, 1928.]

[264 Pac. 1083.]

D. W. RUSSELL, Trustee of the Estate of SIGNAL MINES COMPANY, a Corporation, Bankrupt, Appellant, v. CENTRAL COMMERCIAL COMPANY, a Corporation, Appellee.

Mr. J. F. Moreno, for Appellant.

Mr. Louis L. Wallace, for Appellee.

PER CURIAM.—The question here is, as in *Russell, Trustee* v. *Central Commercial Co.*, (No. 2651) *ante,* p. 349, 264 Pac. 1081, whether a merchant is entitled to a lien for the value of meats, foodstuffs and groceries, sold and delivered to the Signal Mines Company, to be consumed at its boarding-house by its miners and other employees working in and upon its mines or mining claims.

The judgment appealed from gave such lien, and, under the authority of case No. 2651, such judgment is affirmed.